## BRAXTON v. ANCO ELECTRIC, INC.

No. 614PA90

Case below: 100 N.C.App. 635

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 7 March 1991.

## BROWN v. FOX

No. 6P91

Case below: 100 N.C.App. 757

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.

## CHICOPEE, INC. v. SIMS METAL WORKS

No. 260PA90

Case below: 98 N.C.App. 423
                 327 N.C. 426

Motion by plaintiff to be allowed to withdraw appeal allowed 18 February 1991.

## COHEN v. COHEN

No. 594P90

Case below: 100 N.C.App. 600

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.

## FLOYD C. PRICE & SON, INC. v. DIXON

No. 55P91

Case below: 100 N.C.App. 759

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.